Kathaleen McKAY, Claimant/Respondent,

v.

LOOSE LEAF METALS CO., INC., Employer/Appellant.

No. 72375.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 25, 1997.

STATE of Missouri, Plaintiff/Respondent,

v.

Gregory A. BELGER, Defendant/Appellant.

Gregory A. BELGER, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 68097, 71386.

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 25, 1997.

Evans & Dixon, Robert N. Hendershot, St. Louis, for employer/appellant.

Mogab & Hughes, P.C., Charles A. Mogab, Nancy R. Mogab, St. Louis, for claimant/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

### ORDER

PER CURIAM.

Loose Leaf Metals Co., Inc. and Continental Casualty Co. appeal the decision of the Labor and Industrial Relations Commission awarding Kathaleen McKay workers' compensation because she is permanently and totally disabled. Having considered the legal file, transcript and arguments on appeal, the Labor and Industrial Relations Commission

